# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE:  SAUN-ROLAND SCOTT (P57168)

_____/

No. 08-X-51209
Honorable Patrick J. Duggan
Honorable Victoria A. Roberts
Honorable Stephen J. Murphy

## ORDER

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on ___September 2, 2009___.

On February 17, 2009, Saun-Roland Scott was automatically suspended from the practice of law in the State of Michigan for non-payment of administrative costs assessed in a disciplinary matter pursuant to MCR 9.129(D).  As a result of this suspension, Mr. Scott's license to practice law in the United States District Court and the United States Bankruptcy Court for Eastern District of Michigan was suspended on February 23, 2009.

This Court has been advised that Mr. Scott subsequently paid the costs which had been assessed, and as a result of such payment, Mr. Scott's license was automatically reinstated effective March 6, 2009.

On June 24, 2009, Mr. Scott filed a petition for reinstatement to practice law in the federal courts.  This petition was assigned to the undersigned panel.

This panel has carefully reviewed the proceedings, which resulted in the suspension of Mr. Scott's license to practice law in the State of Michigan. The panel, having been advised that his license to practice law in the State of Michigan has been reinstated, unanimously agrees that Mr. Scott's petition for reinstatement to practice law in the federal courts should be granted.

Therefore,

IT IS ORDERED that Saun-Roland Scott's license to practice law in the United States District Court and the United States Bankruptcy Court of the Eastern District of Michigan is hereby reinstated.

Honorable Patrick J. Duggan
United States District Judge

Honorable Victoria A. Roberts
United States District Judge

Honorable Stephen J. Murphy
United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE SAUN-ROLAND SCOTT(P57168),
    Petitioner

                            CASE NO.08-MC-51209
                            HON. PATRICK J. DUGGAN
                            HON. VICTORIA A. ROBERTS
                            HON. STEPHEN J. MURPHY

_____/

CERTIFICATE OF SERVICE

       I, the undersigned, hereby certify that I have on the 2nd day of September, 2009, served  a copy of the Order granting petition for reinstatement  to the following person(s) whose name(s) and address(es) are given below:

Chief Judge Rosen
730 Theodore Levin United States Courthouse
Detroit, MI 48226

Terrence G. Berg, United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI 48226

Katherine Gullo, Clerk of the Court
United States Bankruptcy Court for the Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

David J. Weaver, Court Administrator
United States District Court for the Eastern District of Michigan
814 Theodore Levin United States Courthouse

Ms. Kimberly Uhuru, Associate Counsel
Michigan Attorney Grievance Commission
243 West Congress, Suite 256
Marquette Building
Detroit, MI 48226

Saun-Roland Scott
1460 East Jefferson
Detroit, MI 48226

                            s/Marilyn Orem
                            Case Manager to the
                            Hon. Patrick J. Duggan